**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BEAR VALLEY PLAZA LLC, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:14-cv-00883 --- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT AS TO DEFENDANTS BEAR VALLEY PLAZA LLC, STEVEN ALLAN MICHAELSON, AS TRUSTEE OF THE STEVEN ALLAN MICHAELSON REVOCABLE TRUST DATED APRIL 6, 2010, AND JOAN MARIE MICHAELSON, AS TRUSTEE OF THE JOAN MARIE MICHAELSON FAMILY TRUST, ONLY<br><br>(Doc. 38) |

　　　　Before the Court, is the notice of settlement filed by counsel for Plaintiff and Bear Valley Plaza LLC, Steven Allan Michaelson, as Trustee of the Steven Allan Michaelson Revocable Trust Dated April 6, 2010, and Joan Marie Michaelson, as Trustee of the Joan Marie Michaelson Family Trust.  (Doc. 38)  Counsel report that they are finalizing the settlement agreement which they believe will be complete by November 6, 2014.  Id.  Therefore, the Court **ORDERS**:

　　　　1.　　The stipulated request for dismissal **SHALL** be filed no later than November 14, 2014;

　　　　2.　　If they have not already consented to magistrate judge jurisdiction by the time the stipulated request for dismissal is filed, in the stipulated request for dismissal, the parties SHALL indicate whether they consent to Magistrate Judge jurisdiction for the limited purpose of dismissing the matter as to these defendants;

3. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated: **October 8, 2014**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE