Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BEAR VALLEY PLAZA LLC, et al.,<br><br>　　　　　Defendants. | No. 1:14-cv-00883---JLT<br><br>**REQUEST FOR DISMISSAL OF DEFENDANTS JESUS A. FLORES DBA SUPER TOM'S AND GUADALUPE FLORES DBA SUPER TOM'S <u>ONLY</u> (Fed. R. Civ. P. 41(a)(2)); ORDER**<br><br>(Doc. 20) |

　　　　WHEREAS, Plaintiff, Cecil Shaw ("Plaintiff"), wishes to dismiss Defendants Jesus A. Flores dba Super Tom's and Guadalupe Flores dba Super Tom's (collectively "the Super Tom's Defendants") from the above-captioned action pursuant to settlement with the Super Tom's Defendants;

　　　　WHEREAS, Plaintiff has been unable to obtain a signed stipulation from all remaining parties to the action to dismiss the Super Tom's Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

　　　　WHEREAS, no cross-claim, counter-claim, or third-party claim has been filed in this action;

NOW, THEREFORE, Plaintiff requests pursuant to Federal Rule of Civil Procedure 41(a)(2) that **only Defendants Jesus A. Flores dba Super Tom's and Guadalupe Flores dba Super Tom's** be dismissed from the above-captioned action with prejudice.

Date: October 8, 2014                                                                       MOORE LAW FIRM, P.C.

                                                                                    */s/ Tanya E. Moore*
                                                                                    Tanya E. Moore
                                                                                    Attorneys for Plaintiff
                                                                                    Cecil Shaw

## ORDER

Based upon the oral consent to magistrate judge jurisdiction given by counsel on the record on October 8, 2014 for the limited purpose of this order and good cause appearing, the court **ORDERS:**

1.   **Defendants Jesus A. Flores dba Super Tom's and Guadalupe Flores dba Super Tom's only** be dismissed from this action with prejudice.

IT IS SO ORDERED.

   Dated:   **October 8, 2014**                             **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE