LURIE, ZEPEDA, SCHMALZ & HOGAN
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  CECIL SHAW,

12          Plaintiff,

13      vs.

14  BEAR VALLEY PLAZA LLC, et al.,

15          Defendants.

16  STEVEN ALLAN MICHAELSON, as Trustee of
    the STEVEN ALLAN MICHAELSON
17  REVOCABLE TRUST dated April 6, 2010, et al.,

18          Cross-Complainants,

19      vs.

20  THRIFTY PAYLESS, INC. dba RITE AID
    #5800, et al.,

21

22          Cross-Defendants.

23  THRIFTY PAYLESS, INC. dba RITE AID
    #5800,

24          Counterclaimant,

25

26      vs.

27  STEVEN ALLAN MICHAELSON, as Trustee of
    the STEVEN ALLAN MICHAELSON
    REVOCABLE TRUST dated April 6, 2010, et al.,

28          Counterdefendants.

CASE NO.: 1:14-cv-00883-JLT

**ORDER RE JOINT STIPULATION FOR
DISMISSAL OF:**

**(1)     PLAINTIFF'S COMPLAINT AS TO
        DEFENDANT THRIFTY PAYLESS,
        INC. DBA RITE AID #5800;**

**(2)     CROSS-COMPLAINANTS STEVEN
        ALLAN MICHAELSON AND JOAN
        MARIE MICHAELSON'S CROSS-
        COMPLAINT AS TO DEFENDANT
        THRIFTY PAYLESS, INC. DBA RITE
        AID #5800; AND**

**(3)     COUNTERCLAIMANT THRIFTY
        PAYLESS, INC. DBA RITE AID
        #5800'S COUNTER CLAIM**

(Doc. 33)

BEAR VALLEY PLAZA LLC,

              Cross-Complainant,

vs.

STEVEN ALLAN MICHAELSON, as Trustee of
the STEVEN ALLAN MICHAELSON
REVOCABLE TRUST dated April 6, 2010, et al.,

              Cross-Defendants.

Upon consideration of the Joint Stipulation for Dismissal submitted by Plaintiff Cecil Shaw ("**Plaintiff**"); Defendant, Cross-Defendant and Counterclaimant Thrifty Payless, Inc. dba Rite Aid #5800 ("**Rite Aid**"); and Defendants, Cross-complainants and Counterdefendants Steven Allan Michaelson, as Trustee of The Steven Allan Michaelson Revocable Trust dated April 6, 2010, and Joan Marie Michaelson, as Trustee of The Joan Marie Michaelson Family Trust, (collectively, the "**Michaelsons**"), and based upon the oral consent to magistrate judge jurisdiction given by counsel on the record on October 8, 2014 for the limited purpose of this order;

      **IT IS HEREBY ORDERED** that: (1) Plaintiff's Complaint is dismissed with prejudice as to Rite Aid; (2) the Michaelsons' Cross-Complaint is dismissed with prejudice as to Rite Aid; and (3) Rite Aid's Counterclaim is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

   Dated:   **October 8, 2014**               **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

LURIE, ZEPEDA, SCHMALZ & HOGAN
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533