Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BEAR VALLEY PLAZA LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:14-CV-00883---JLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE AS TO DEFENDANT ALBERTSON'S LLC DBA ALBERTSONS #6382 <u>ONLY</u>; ORDER**<br><br>**(Doc. 23)** |

WHEREAS, Defendant Albertson's LLC dba Albertsons #6382 has not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim or cross-claim have been filed;

Plaintiff hereby dismisses **only**, **Defendant Albertson's LLC dba Albertsons #6382 <u>without prejudice</u>**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 8, 2014　　　　　　　　　　　　　MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Cecil Shaw

**ORDER**

Based upon the oral consent to magistrate judge jurisdiction given by counsel on the record on October 8, 2014 for the limited purpose of this order and good cause appearing, the court **ORDERS:**

1. Defendant Albertson's LLC dba Albertsons #6382 **only** be dismissed **without prejudice** from this action.

IT IS SO ORDERED.

Dated: __October 8, 2014__          _____/s/ Jennifer L. Thurston_____
                                                    UNITED STATES MAGISTRATE JUDGE