# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEAR VALLEY PLAZA, LLC, et al,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No.: 1:14-cv-00883 - --- - JLT<br><br>ORDER ON STIPULATION FOR DISMISSAL<br><br>(Doc. 45) |

　　　　The parties filed a stipulation for dismissal of several claims and cross-claims on October 10, 2014. (Doc. 45.) Based upon the oral consent to Magistrate Judge jurisdiction given by counsel on the record on October 8, 2014 for the limited purpose dismissal, and good cause appearing, **IT IS HEREBY ORDERED**:

　　　　1.　　Plaintiff Cecil Shaw's Complaint as to Defendants Bear Valley Plaza, LLC, Steven Allan Michaelson, as Trustee of the Steven Allan Michaelson Revocable Trust dated April 6, 2010, and Joan Marie Michaelson, as Trustee of the Joan Marie Michaelson Family Trust is **DISMISSED WITH PREJUDICE**;

　　　　2.　　Crossclaimants Steven Allan Michaelson, as Trustee of the Steven Allan Michaelson Revocable Trust dated April 6, 2010's, and Joan Marie Michaelson, as Trustee of the

1

Joan Marie Michaelson Family Trust's Crossclaim is **DISMISSED WITH PREJUDICE**; and

3. Counterclaimant Bear Valley Plaza, LLC's Counterclaim as to Counterdefendants Steven Allan Michaelson, as Trustee of the Steven Allan Michaelson Revocable Trust dated April 6, 2010 and Joan Marie Michaelson, as Trustee of the Joan Marie Michaelson Family Trust is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated: **November 4, 2014**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE