1 | Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 | 332 North Second Street
San Jose, California 95112
3 | Telephone (408) 298-2000
Facsimile (408) 298-6046
4 | Email: tanya@moorelawfirm.com

5 | Attorneys for Plaintiff
Cecil Shaw

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECIL SHAW, | No. 1:14-cv-00883---JLT |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| BEAR VALLEY PLAZA, LLC, et al., | |
| Defendants. | |

STIPULATION FOR DISMISSAL OF ACTION; ORDER

Page 1

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendant GK Bhogal, Inc. dba Subway # 6264, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. The Parties hereto consent to limited jurisdiction of United States Magistrate Judge Jennifer L. Thurston with respect to the dismissal of the action.

Date: December 4, 2014                    MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Cecil Shaw

LAW OFFICES OF SAMUEL G. GRADER

*/s/ John T. Hill*
John T. Hill
Attorneys for Defendant
GK Bhogal, Inc. dba Subway #6264

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **December 4, 2014**           **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR DISMISSAL OF ACTION; ORDER

Page 2